CASE NO. 25-3226

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE SEVENTH CIRCUIT**

RK HOLDINGS LLP d/b/a Rural King,

*Petitioner-Appellant*,

v.

SETH GREBBIEN, individually and on behalf of all others similarly situated,

*Respondent-Appellee.*

On Appeal From Order Entered in the United States District Court for the Central District of Illinois No. 1:25-cv-01296-JEH-RLH, Hon. Jonathan E. Hawley

# AMENDED JURISDCTIONAL STATEMENT OF APPELLEE SETH GREBBIEN

**WADE KILPELA SLADE LLP**
Edwin J. Kilpela, Jr.
James M. LaMarca
6425 Living Pl. Suite 200
Pittsburgh, PA 15206
(412) 314-0515
ek@waykayslay.com
jlamarca@waykayslay.com

On March 23, 2026, Appellee submitted his Brief in this matter. (Dkt. NoS. 16 & 17) On March 25, 2026, the Court entered an Order (Dkt. No. 19) requiring Appellee to "file a paper captioned Amended Jurisdictional Statement . . . that provides the omitted information noted in this order and otherwise complies with the requirements of Circuit Rule 28(b), and if appellants jurisdictional statement is not both complete and correct, Circuit Rule 28(a) also." Below is Appellee's Amended Jurisdictional Statement.

## AMENDED JURISDICTIONAL STATEMENT

Appellant's jurisdictional statement is not complete and correct. The District Court found that it did not have subject matter jurisdiction over this matter pursuant to 15 U.S.C. § 2310(d) and dismissed Appellant's Petition. *See* A-8—A-9 ("This Court accordingly finds as those courts did; CAFA cannot supply this Court with subject matter jurisdiction over Rural King's Petition to Compel Arbitration where Respondent Grebbien's underlying class action claim fails to satisfy the jurisdictional requirements of the MMWA.").

This appeal is taken from the final decision of the U.S. District Court for the Central District of Illinois entered on November 10, 2025 by the Honorable Judge Jonathan E. Hawley. A-1—A-11. A final judgment was entered on November 12, 2025. A-12. No other claims remain before the District Court. The United States Court of Appeals has jurisdiction to decide this case pursuant to 28 U.S.C. § 1291. Appellant's notice of appeal

was filed on December 10, 2025. SA-146. On January 8, 2026, this Court granted Appellant's request for an extension of time to file its opening brief. *See* Dkt. No. 7.

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2026, the Amended Jurisdictional Statement of Respondent-Appellee was filed with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Dated: March 26, 2026

/s/ *Edwin J. Kilpela, Jr.*
Edwin J. Kilpela, Jr.
*Attorney for Appellee Seth Grebbien*